UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:
DANIEL KISKADEN
IDA M. KISKADEN                                                                NO. 09-50638

DEBTORS                                                                        CHAPTER 7

---------------------------------------------------

ROBERT J. BROWN, as Chapter 7 Trustee
for Daniel Kiskaden and Ida M. Kiskaden                                        PLAINTIFF

v.
                                                                               CASE NO. 09-05085
New South Federal Savings Bank;
Americredit Financial Services, Inc.

                                                                               DEFENDANTS

### ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM OF NEW SOUTH FEDERAL SAVINGS BANK

The Plaintiff, Robert J. Brown, Trustee for the bankruptcy estate of Daniel Kiskaden and Ida Kiskaden, by and through his undersigned counsel, hereby files his answer and affirmative defenses to the counterclaim of New South Federal Savings Bank, and in support thereof states as follows:

1. Plaintiff, Robert J. Brown, as Trustee, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, and 3 of the Defendant's counterclaim, and therefore denies same; except that Robert J. Brown does not deny matters of public record.

2. Plaintiff, Robert J. Brown, as Trustee, denies the allegations contained in paragraphs 4 and 5 of the Defendant's counterclaim.

3. Every allegation of the Defendant's counterclaim not expressly admitted herein is denied by Robert J. Brown as Trustee.

### FIRST AFFIRMATIVE DEFENSE

The Defendant's counterclaim to state a claim upon which relief may be granted, and should be dismissed accordingly. Specifically, the Defendant's request for termination of the automatic stay and abandonment of the Trustee's interest does not constitute an adversary proceedings under Federal Rule Bankruptcy Procedure 7001. Said matters are required to be addressed as motions under Federal Rule of Bankruptcy Procedure 4001 and 6007 in the underlying bankruptcy action.

### SECOND AFFIRMATIVE DEFENSE

New South fails to hold a perfected security interest in the Debtors' motor vehicle in accordance with KRS Chapter 186A in that the last Certificate of Title issued for the subject vehicle fails to reflect the lien interest of New South Federal Savings Bank.

### THIRD AFFIRMATIVE DEFENSE

Pursuant to 11 U.S.C. §544, the Trustee's interest in the subject vehicle is superior to that of Defendant New South. The subject vehicle should be sold and liquidated with the proceeds of the sale distributed to unsecured creditors under 11 U.S.C. §551.

### FOURTH AFFIRMATIVE DEFENSE

Robert J. Brown, as Trustee, reserves the right to raise additional affirmative defenses discovery may reveal.

WHEREFORE, Robert J. Brown, as Trustee, respectfully requests this Court enter an order as follows:

A. That the Defendant's counterclaim be dismissed, and that he take nothing thereby.

      B.      That the relief requested in the Plaintiff's complaint be granted.

      C.      That the Defendant's lien on the Debtors' vehicle be avoided and preserved for the benefit of the bankruptcy estate.

Respectfully submitted,

/s/ Daniel E. Hitchcock
Daniel E. Hitchcock, Esq.
WYATT TARRANT & COMBS, LLP
1600 Lexington Financial Center, Suite 1600
Lexington, Kentucky 40507
Telephone: (859) 233-2012
Fax: (859) 259-0649
Email: lextrustee@wyattfirm.com
COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the foregoing has been served electronically in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, and to all creditors and parties in interest as listed on the attached Service List via electronic and/or first-class, postage prepaid U.S. mail on this 30th day of July, 2009:

| | |
|---|---|
| Office of the US Trustee<br>100 E. Vine St. #500<br>Lexington, KY 40507 | Americredit Financial Services, Inc.<br>801 Cherry Street, Suite 3600<br>Fort Worth, TX 76102 |
| New South Federal Savings Bank<br>c/o Michael Gosnell<br>471 West Main Street., Suite 400<br>Louisville, KY 40202 | Brian T. Canupp, Esq.<br>322 Main Street<br>Paris, KY 40361 |

          /s/ Daniel E. Hitchcock
         Daniel E. Hitchcock

30527675.1