UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE Joseph M. Scott, Jr.

IN RE:                                                    CASE NUMBER 09-05085
Brown et al v. New South Federal Savings Bank et al

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 10/8/2009                                          TIME: 09:00

APPEARANCES:
   Hitchcock, Daniel
   Burnette, Brian

ISSUE:
   14    8/10/2009    Motion For Summary Judgment, filed by Robert J. Brown.
                            (Attachments: # (1) Proposed Order) (Hitchcock, Daniel)

DISPOSITION:
    Sub

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Thursday, October 08, 2009**
**(ekm)**