```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                          LEXINGTON DIVISION
```

IN RE:

DANIEL KISKADEN and
IDA M. KISKADEN                                CASE NO. 09-50638

DEBTORS

ROBERT J. BROWN, TRUSTEE                       PLAINTIFF

v.                                             ADV. NO. 09-5085

NEW SOUTH FEDERAL SAVINGS BANK, et al.         DEFENDANTS

### ORDER

These matters having come before the Court upon Plaintiff's Motion for Summary Judgment (DOC 14), and upon Defendant New South Federal Savings Bank's Cross-Motion for Summary Judgment (DOC 35), and a hearing having been held on October 8, 2009, and the matters having been taken under submission, the Court hereby issues this Order.

The Court finds that there are material issues of fact, and for that reason, Plaintiff's Motion for Summary Judgment (DOC 14), and Defendant New South Federal Savings Bank's Cross-Motion for Summary Judgment (DOC 35) are both OVERRULED. The Court shall issue another Order for Trial separately.

COPIES TO:

Daniel Hitchcock, Esq.
W. W. Brian Burnette, Esq.
Robert J. Brown, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Thursday, October 08, 2009**
**(jms)**