**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

**IN RE:**

**DANIEL KISKADEN**                                                                            **CASE NO. 09-50638**
**IDA M. KISKADEN**

**DEBTORS**

**ROBERT J. BROWN, TRUSTEE**                                              **PLAINTIFF**

**VS.**                                                                                                    **ADVERSARY NO. 09-5085**

**NEW SOUTH FEDERAL SAVINGS BANK**
**AMERICREDIT FINANCIAL SERVICES, INC.**                          **DEFENDANTS**

**ORDER RESCHEDULING TRIAL**

This adversary proceeding is rescheduled for trial at **1:30 p.m. on Tuesday, November 3, 2009, in the U.S. Bankruptcy Courtroom, 2nd Floor, Community Trust Bank Building, 100 East Vine Street, Lexington, Kentucky.**

Copies to:
Daniel Hitchcock, Esq.
Michael R. Gosnell, Esq.
W. Brian Burnette, Esq.
John Gaines, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Thursday, October 08, 2009**
(jms)